UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-                                      No.  17-CR-27-LTS

FRANCISCO ROSARIO,

       Defendant.

----------------------------------------------------------x

<u>Scheduling Order</u>

       The Court has received Mr. Rosario's motion, pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c)(2)(B), for early termination of the supervised release portion of his sentence.  (Docket entry no. 96 (the "Motion").)  The Motion indicates that the Government opposes relief.  (<u>Id.</u> at 1.)

       The Government is directed to respond to the Motion by **September 20, 2023**. Defendant's reply, if any, is due by **September 27, 2023**.


       SO ORDERED.

  Dated: New York, New York
       September 13, 2023

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge